TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00365-CV

Dayna Dawn'Yel, Appellant

v.

Christ Community Christian School, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 98-00199, HONORABLE JERRY DELLANA, JUDGE PRESIDING 

PER CURIAM

 Appellant's brief was due August 3, 1998. As of November 3, 1998, appellant had
not tendered either a brief or a motion for extension of time within which to file a brief. See Tex.
R. App. P. 38.6(d). By letter dated October 5, 1998, the Clerk of this Court notified appellant
that unless appellant provided a reasonable explanation for the failure to file a brief by October
15, 1998 the appeal would be dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1). 
All parties have received more than ten days notice of the proposed dismissal; we have received
no response. See Tex. R. App. P. 42.3. Accordingly, we dismiss the appeal for want of
prosecution. See Tex. R. App. P. 42.3(b).

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed for Want of Prosecution

Filed: November 13, 1998

Do Not Publish